1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     IN RE:  STEVEN WAYNE BONILLA          No. 2:23-cv-01276-TLN-KJN

12                                           No. 2:23-cv-01277-TLN-KJN

13                                           No. 2:23-cv-01278-TLN-KJN

14                                           No. 2:23-cv-01279-TLN-KJN

15                                           No. 2:23-cv-01280-TLN-KJN

16                                           No. 2:23-cv-01281-TLN-KJN

17                                           No. 2:23-cv-01283-TLN-KJN

18                                           No. 2:23-cv-01284-TLN-KJN

19                                           No. 2:23-cv-01285-TLN-KJN

20                                           No. 2:23-cv-01286-TLN-KJN

21                                           **ORDER**

22

23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28   Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above.  The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01276, 2:23-cv-01277, 2:23-cv-01278, 2:23-cv-01279, 2:23-cv-01280, 2:23-cv-01281, 2:23-cv-01283, 2:23-cv-01284, 2:23-cv-01285 and 2:23-cv-01286 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

IT IS SO ORDERED.

Date:  August 4, 2023

Troy L. Nunley
United States District Judge

2